1  Leslie Holmes, Esq. (SBN: 192608)
   lholmes@hoganlaw.com
2  Stephen Joseph Usoz, Esq. (SBN: 189095)
   susoz@hoganlaw.com
3  Hogan Holmes & Usoz, LLP
   333 W. Santa Clara Street, Suite 300
4  San Jose, CA 95113
   Telephone: (408) 292-7600
5  Facsimile:  (408) 292-7611

6  Attorneys for Plaintiff
   TAIWO PENA-HORNUNG
7

8  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
9  Jesse J. Lad (SBN: 229389)
   jlad@meyersnave.com
10 MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
11 Oakland, California  94607
   Telephone: (510) 808-2000
12 Facsimile:  (510) 444-1108

13 Attorneys for Defendant
   CITY OF SAN LEANDRO
14

15 Scott N. Kivel, (SBN: 154983)
   Law Offices of Scott N. Kivel
   scottkivel@kivellaw.com
16 200 Kentucky Street, Suite C
   Petaluma, CA 94952
17 Telephone: (707) 762-5526
   Facsimile: (707)762-5527

18
   Attorneys for Defendant
19 DEWAYNE STANCILL

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  TAIWO PENA-HORNUNG, | CASE NO.  C09-00623 CRB |
| 23          Plaintiff, | |
| 24  v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| 25  CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a | |
| 26  public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, | |
| 27  inclusive, | |
| 28          Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff TAIWO PENA-HORNUNG ("Pena"), Defendant CITY OF SAN LEANDRO and Defendant DEWAYNE STANCILL (collectively referred to herein as "all Defendants") by and through their counsel of record, respectfully submit the present Stipulation dismissing Pena's Complaint in Case No. C09-00623. The parties further agree that Pena and all Defendants shall bear their own costs associated with the maintenance and defense of Case No. C09-00623 and all actions.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Dismissal with prejudice. Plaintiff TAIWO PENA-HORNUNG dismisses with prejudice her Complaint in Case No. C09-00623 captioned "Taiwo Pena-Hornung v. CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, inclusive" presently pending before this Court.

2. Costs. Pena and all Defendants shall bear their own costs and fees incurred in the prosecution and defense of Case No. C09-00623. In no event shall any party to Case No. C09-00623 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense or dismissal with prejudice of Case No. C09-00623.

**IT IS SO STIPULATED**

Dated: January 26, 2010      HOGAN, HOLMES & USOZ, LLP

By:_____
STEPHEN JOSEPH USOZ
Attorneys for Plaintiff TAIWO PENA-HORNUNG

Dated: January 21, 2010      MEYERS, NAVE, RIBACK, SILVER & WILSON

By:_____
JESSE LAD
Attorneys for Defendant CITY OF SAN LEANDRO

Dated: January 25, 2010      LAW OFFICES OF SCOTT N. KIVEL

By:_____
SCOTT N. KIVEL
Attorneys for Defendant DEWAYNE STANCILL

1

## ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED**

Dated: January 29, 2010

JUDGE C~~HA~~
UNITED S~~TA~~



IT IS SO ORDERED

Judge Charles R. Breyer

Stipulation and Order for Dismissal -- Pena.DOC

Stipulation for Dismissal of Entire Action with Prejudice; [Proposed] Order [C09-00623 CRB]